IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARQUIS VARNER, # 180588, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1021-WKW (WO) |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 13), and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. # 1) is DENIED, and that this case is DISMISSED with prejudice. An appropriate judgment will be entered.

DONE this 14th day of January, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE